UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

In the matter of

**JAMES BLAKE, Jr.**
**MEGAN BLAKE**

Debtor(s)

Case No. **10-59312**

Chapter 7

Judge **C. KATHRYN PRESTON**

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of $897.12 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| **Department Of The Treasury-IRS**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114** | **2a** | **897.12** |

| | |
|---|---|
| Total Unclaimed/ Small Dividends $25.00 or under | $0.00 |
| Total Unclaimed Dividends Over $25.00 | $897.12 |

Dated:   4/11/2011

/s/ Sara J. Daneman

Sara J. Daneman

cc: U.S. Trustee